Case 2:14-cv-00321   Document 60   Filed in TXSD on 10/21/15   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
October 21, 2015
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| THIRD COAST TOWING, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:14-CV-321 |
| | § | |
| MARINE INSPECTION SERVICES, LLC, | § | |
| *et al*, | § | |
| | § | |
| Defendants. | § | |

### ORDER GRANTING JOINT MOTION TO DISMISS AND PETITIONER'S UNOPPOSED MOTION FOR RETURN OF LIMITATION BOND

On this day came to be considered the parties' Joint Motion to Dismiss and Petitioner's Unopposed Motion for Return of Limitation Bond. After consideration of the Motion, and for good cause, the Court:

**FINDS** that all Claims between Petitioner Third Coast Towing, LLC, and Claimant Oliver Figueroa have been settled;

**IT IS ORDERED** that the Claims in this civil action of Claimant, Oliver Figueroa against Third Coast Towing, LLC are dismissed with prejudice, with costs of court taxed against the party incurring same;

**IT IS FURTHER ORDERED** that the Complaint for Exoneration From or Limitation of Liability of Petitioner Third Coast Towing, LLC is dismissed with prejudice, with costs of court taxed against the party incurring same;

**IT IS FURTHER ORDERED** that Claimant Bludworth Shipyard, LLC's Claim for Damages against Petitioner Third Coast Towing, LLC is dismissed without prejudice, with costs of court taxed against the party incurring same;

**IT IS FURTHER ORDERED** that Claimant Bludworth Shipyard, LLC's Cross-Claim against Claimant Marine Inspection Services, LLC is dismissed without prejudice, with costs of court taxed against the party incurring same;

**IT IS FURTHER ORDERED** that Claimant Marine Inspection Services, LLC's Claim for Damages against Petitioner Third Coast Towing, LLC is dismissed without prejudice, with costs of court taxed against the party incurring same;

**IT IS FURTHER ORDERED** that Claimant Marine Inspection Services, LLC's Cross-Claim against Claimant Bludworth Shipyard, LLC is dismissed without prejudice, with costs of court taxed against the party incurring same;

**IT IS FURTHER ORDERED** that the Limitation Bond is withdrawn and discharged, effective immediately;

**IT IS FURTHER ORDERED** that the Clerk of this Court shall return the Limitation Bond to Petitioner's counsel of record no later than ten (10) days after entry of this Order;

**IT IS FURTHER ORDERED** that the Limitation Injunction is dissolved; and

**IT IS FURTHER ORDERED** that all other pending motions are denied as moot.

ORDERED this 21st day of October, 2015.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE